IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STEPHEN BENNETT, | Civ. No. 6:22-cv-00522-MK |
| Plaintiff, | **OPINION & ORDER** |
| v. | |
| ROSEBURG PAROLE & PROBATION OFFICE, | |
| Defendant. | |

AIKEN, District Judge.

On April 7, 2022, the Court dismissed the *pro se* complaint in this case with leave to amend. Plaintiff was given thirty days in which to file an amended complaint and warned that failure to do so would result in entry of a judgment of dismissal without further notice. ECF No. 6. Plaintiff has not filed an amended complaint and the time for doing so has passed. This case is therefore DISMISSED and final judgment shall be entered accordingly.

It is so ORDERED and DATED this ___7th___ day of June 2022.

                                        /s/Ann Aiken
                                        ANN AIKEN
                                        United States District Judge